# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michael C. Rock,<br>*Plaintiff*<br><br>v.<br><br>Solar Rating & Certification Corporation,<br>*Defendant,* | )<br>)<br>)<br>) Civil Action No. 8:17-cv-03401-DCC<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendant's motion to dismiss and compel arbitration is granted.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   August 7, 2018                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Ashley Buckingham
                                                                                           *Signature of Clerk or Deputy Clerk*